IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHBAY WELLNESS GROUP, INC., and
DONA RUTH FRANK,

    Appellants and Plaintiffs,

v.

MICHAEL KENNETH BEYRIES,

    Appellee and Defendant.
_____/

No. C 11-06255 JSW

**ORDER UPON REMAND**

On September 18, 2012, this Court affirmed the judgment of the Bankruptcy Court. On appeal, the Ninth Circuit reversed the Court and remanded the matter. The Court HEREBY REMANDS this matter to the Bankruptcy Court for further proceedings consistent with the Ninth Circuit's ruling. The Clerk shall remand this matter to the Bankruptcy Court forthwith.

**IT IS SO ORDERED.**

Dated: March 28, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE